IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN CALVIN MAI, JR.,

      Appellant,

  v.

Case No.  5D21-2539
LT Case No. 2019-302111-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 20, 2022

Appeal from the Circuit Court
for Volusia County,
Dennis Craig, Judge.

Oscar Hardin Eaton, Jr. and Lori D.
Loftis, of Office of Criminal Conflict &
Civil Regional Counsel, Casselberry,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.